# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Jonathan Lee Riches©,
Plaintiff

V.

ORENTHAL JAMES SIMPSON A/K/A
"O.J. SIMPSON",
STEVE JOBS a/b/a CEO
APPLE COMPUTER INC.,
DEFENDANTS

CIVIL NO
6:07-CV-1504-ORL-31-KRS

FILED 2007 SEP 21 PM 12: 57
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

## COMPLAINT
## "O.J. IS USING COMPUTER WARFARE ON MY LIFE"
## "TRO TEMPORARY RESTRAINING ORDER"

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to Issue a TRO Temporary Restraining order against Defendants and Forbidding the Sale of Apple products to Consumers, as Apple is Committing Antitrust violations, Apple supports O.J. Simpson financially, and Apple contributes to my illegal incarceration. Plaintiff prays for relief.

### 1

My life is in danger from Defendants. On 9-18-07 Steve Jobs is arranging to secretly release O.J. Simpson from Prison to come up to FCI Williamsburg to radio wave warp me because I have old football cards of O.J. Simpson.

On 9-17-07, I negotiated a plea bargin with Steve Jobs while he sat in Cinderella's castle in the Magic Kingdom to leave my life alone, but talks broke down with the UAW and detroit.

2

O.J. Simpson has been Steve Jobs hitman since the 1985 Move house Bombing in Philadelphia which Jobs started with borrowed pyrotechnic's from Great White

3

O.J. paid Jobs to clone dolly the sheep on April 20, 1998. Dolly was a gift to me by princess diana, but O.J took it from me on April 19, 1998 because O.J. thought it was his Memorabilia. O.J. and me have had problems since. O.J. Got Steve Jobs to mount computer chips in my brain at a 2600 Mhz and microsoft word padded my brain with pirated Apple Mac OSX software. Jobs obtained using my Identity at circuit city on Dec. 4, 2003.

4

Jobs is Guilty of price Gouging. On May 10th, 2007, I bought a Apple I-phone for $922.01 at the Fci williamsburg Prison Commissary, Now Jobs sells the same I-pod for $199. Jobs is bias and prejudice towards political prisoners like myself. Jobs has nuclear missiles pointed at my brain, Lance Armstrong's bicycle, the seattle space needle all have infra red waves touring my thoughts. O.J. has been providing Jobs with food blenders since the Midwest flood of 1993. Jobs planted computer Lifters under the Mississippi to Rise with the messiah.

5

O.J Simpson is using my credit to Finance Apple technology to mind Manipulate his Las vegas Jury. The xLp 8 - S2gig software will make each Juror say Not guilty. This same software was used in my case as a trial tester, but Jobs secretly put water to glitch the computers, making all my Jurors say Guilty instead. I move this court for a mistrial in my case and a restraining order against CNN Producer Andy Segal for showing my bank robbing photos on May 20, 2006 program CNN presents "How to rob a bank". These Photos had Me Smiling, but they were digitally enhanced by O.J.

## TRO Temporary Restraining Order

Defendant O.J. Simpson is after my brain to give to Steve Jobs for science fiction experiments at the Magic Kingdom. The Victoria & Alberts above the Grand Floridian resort will be the operating table. I move this court to block the people from entering Walt Disneyworld. A restraining order forbidding the sale of the Apple I-phone because each phone has part of my Intellectual DNA property included in the sidebar logo Jonathan Lee Riches©.

Plaintiff Respectfully Submitted

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400