# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHNATHAN LEE RICHES,**

      **Plaintiff,**

**v.**                                           **Case No. 6:07-cv-1504-Orl-31KRS**

**ORENTHAL JAMES SIMPSON; STEVE JOBS; AND APPLE COMPUTER, INC.,**

      **Defendants.**

_____

## RELATED CASE ORDER AND TRACK ONE NOTICE

It is hereby **ORDERED** that, no later than eleven days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS. It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case. All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

September 24, 2007

| | |
|---|---|
|    PATRICIA C. FAWSETT    <br> Patricia C. Fawsett <br> Chief United States District Judge |    ANNE C. CONWAY    <br> Anne C. Conway <br> United States District Judge |
|    JOHN ANTOON II    <br> John Antoon II <br> United States District Judge |    GREGORY A. PRESNELL    <br> Gregory A. Presnell <br> United States District Judge |
|    GEORGE C. YOUNG    <br> George C. Young <br> Senior United States District Judge |    G. KENDALL SHARP    <br> G. Kendall Sharp <br> Senior United States District Judge |
|    DAVID A. BAKER    <br> David A. Baker <br> United States Magistrate Judge |    DONALD P. DIETRICH    <br> Donald P. Dietrich <br> United States Magistrate Judge, Recalled |
|    KARLA R. SPAULDING    <br> Karla R. Spaulding <br> United States Magistrate Judge | |

Attachment:   Notice of Pendency of Other Actions [mandatory form]

Copies to:   All Counsel of Record
               All *Pro Se* Parties

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHNATHAN LEE RICHES,**

        **Plaintiff,**

v.                                           **Case No. 6:07-cv-1504-Orl-31KRS**

**ORENTHAL JAMES SIMPSON; STEVE JOBS;**
**AND APPLE COMPUTER, INC.,**

        **Defendants.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                      _____
                      _____
                      _____
                      _____

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
   [Address and Telephone]