UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JONATHAN LEE RICHES,**

    **Plaintiff,**

**-vs-**                Case No. 6:07-cv-1504-Orl-31KRS

**ORENTHAL JAMES SIMPSON; STEVE
JOBS; AND APPLE COMPUTER, INC.,**

    **Defendants.**

## ORDER

  This matter comes before the Court on the complaint (Doc. 1) filed by the Plaintiff, Jonathan Lee Riches ("Riches"), who is currently incarcerated at FCI Williamsburg. A cursory review of the complaint is sufficient to establish that it is nothing more than fanciful nonsense, with Riches accusing the Defendants of a litany of offenses ranging from the wildly improbable to the flatly impossible, with the latter predominating. For example, Riches alleges that Simpson has been Jobs's "hitman" since the "1985 MOVE house bombing in Philadelphia, which Jobs started with borrowed pyrotechnics from Great White." The remainder of the Complaint continues in the same outlandish vein, with Dolly the Sheep, Lance Armstrong's bicycle, Princess Diana, and the United Auto Workers making appearances, among many others. The whole thing reads like a cross between Billy Joel's "We Didn't Start the Fire" and a Dr. Bronner's soap label, if Dr. Bronner had been a first-year law student with untreated paranoid schizophrenia.

  This is not Riches's first appearance before the undersigned. Several weeks ago, he filed suit against Elvis Presley and Neverland Ranch for, *inter alia*, "WAR CRIMES Rock N Rollin My

Brain." (Doc. 1 at 1 in Case No. 6:07-cv-1378-GAP-KRS).  Riches even has his own Wikipedia entry – http://en.wikipedia.org/wiki/Jonathan_Lee_Riches – chronicling some of the dozens of similar suits he has filed in federal courts across the country.

It is not clear whether these outlandish pleadings are products of actual mental illness or simply a hobby akin to short story writing.  Whatever their origin, and though they are amusing to the average reader, they do nothing more than clog the machinery of justice, interfering with the court's ability to address the needs of the genuinely aggrieved.  It is time for them to stop.

The Court notes that Riches did not pay the filing fee in either of the cases he filed here.  Rather than impose sanctions, the Court will simply require that he pay that fee with any future complaints.  If this requirement fails to dissuade Riches from further meritless filings, the Court will impose stiffer requirements and/or sanctions until Riches finds another way to occupy his time.

In consideration of the foregoing, it is hereby

**ORDERED AND ADJUDGED** that the Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE** as obviously frivolous, and the Clerk is directed to close the case.  And it is further

**ORDERED** that the Plaintiff, Jonathan Lee Riches, is **RESTRICTED** from filing any civil complaints in this Court without payment of the full statutory filing fee.  The Clerk is directed to **REFUSE** any complaint that is not accompanied by that fee at the time of its attempted filing.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 24, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party